United States District Court
Southern District of Texas
**ENTERED**
November 18, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WANDA PARLINS, individually and on behalf of all others similarly situated, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-21-2068 |
| § | |
| CONVERGENT OUTSOURCING, INC. and JOHN DOES 1-25, § § § § | |
| Defendants. § | |

**ORDER OF DISMISSAL**

Counsel for the parties have jointly moved to dismiss this action, with each party to bear its own attorney's fees and costs. This case is dismissed on the merits, without prejudice to the right of counsel to move for reinstatement within 60 days on presentation of adequate proof that a settlement could not be consummated.

The court appreciates the prompt notification of settlement.

SIGNED on November 18, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge